**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al.* | Case No. 18-11094 (MG) |
| Debtors in a Foreign Proceeding. | (Jointly Administered) |
| GONZALO GIL-WHITE, PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V. | Adv. Pro. No. 19-01301 |
| Plaintiff, | |
| -against- | |
| CONTRARIAN CAPITAL MANAGEMENT, LLC; and NORDIC TRUSTEE, AS | |
| Defendants. | |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), applicable to this proceeding under Federal Rule of Bankruptcy Procedure 7041, José Gerardo Badín Cherit, in his capacity as Foreign Representative of Integradora de Servicios Petroleros Oro Negro, S.A.P.I. de C.V. and Perforadora Oro Negro, S. de R.L. de C.V., by and through his undersigned counsel, hereby gives notice that the above-captioned action against Defendants Contrarian Capital Management, LLC and Nordic Trustee, AS (collectively, the "<u>Defendants</u>") is voluntarily dismissed without prejudice.

Dated: April 7th, 2023
     New York, New York

                        */s/* Justin D'Elia
                        Justin D'Elia
                        1540 Broadway
                        New York, NY 10036-4086

Telephone: (212) 692-1069
Facsimile: (212) 202-4848
Email: jjdelia@duanemorris.com

-and-

Rosa M. Ertze, Esq.
DUANE MORRIS LLP
1540 Broadway
New York, NY 10036-4086
Telephone: (212) 692-1000
Facsimile: (212) 692-1020

*Counsel for the Foreign Representative*