**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>PERFORADORA ORO NEGRO, S. DE R.L. DE C.V., *et al*.<br><br>Debtors in a Foreign Proceeding. | Chapter 15<br><br>Case No. 18-11094 (MG)<br>(Jointly Administered) |
| GONZALO GIL-WHITE, PERSONALLY AND IN HIS CAPACITY AS FOREIGN REPRESENTATIVE OF PERFORADORA ORO NEGRO, S. DE R.L. DE C.V. AND INTEGRADORA DE SERVICIOS PETROLEROS ORO NEGRO, S.A.P.I. DE C.V.<br><br>            Plaintiff,<br><br>            -against-<br><br>CONTRARIAN CAPITAL MANAGEMENT, LLC; and NORDIC TRUSTEE AS<br><br>            Defendants. | Adv. Pro. No. 19-01301 |

**STIPULATION AND ORDER PROVIDING FOR DISMISSAL WITHOUT PREJUDICE**

This Stipulation ("Stipulation") is entered on May 19, 2023, by and between Gonzalo Gil-White (the "Plaintiff"), and Contrarian Capital Management, LLC, and Nordic Trustee AS (the "Defendants" and collectively with the Plaintiff, the "Parties"), providing for the dismissal without prejudice of the Plaintiff's claims against the Defendants in this Adversary Proceeding No. 19-01301, currently pending in the above-captioned Chapter 15 cases jointly administered under Case No. 18-11094 (the "Chapter 15 Cases") pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), subject to the approval of the Court.

## RECITALS

**WHEREAS**, on April 20, 2018, Integradora de Servicios Petroleros, S.A.P.I. de C.V. and Perforadora Oro Negro, S. de R.L. de C.V. (together, the "Debtors") filed voluntary petitions for bankruptcy relief under chapter 15 of title 11 of the United States Code;

**WHEREAS**, on June 24, 2019, Plaintiff, personally and in his capacity as the then-Foreign Representative of the Debtors, filed the complaint in this Adversary Proceeding ("Complaint") against the Defendants;

**WHEREAS**, on January 3, 2020, the Court entered the *Third Supplemental Order Granting Recognition of Foreign Main Proceedings* [MP Docket No. 267], recognizing José Gerardo Badín Cherit ("Badín"), as the Foreign Representative of the Debtors;

**WHEREAS**, on April 7, 2023, Badín, in his capacity as Foreign Representative of the Debtors, filed a notice of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), applicable to this proceeding under Federal Rule of Bankruptcy Procedure 7041, voluntarily dismissing all of the claims of the Debtors and their estates, without prejudice or costs, against the Defendants in this Adversary Proceeding;

**WHEREAS**, none of the Defendants has filed an answer or a motion for summary judgment in this Adversary Proceeding; and

**WHEREAS**, the Parties agree to dismiss the Plaintiff's claims without prejudice.

## STIPULATION

**NOW**, **THEREFORE**, the Parties hereby **STIPULATE AND AGREE** as follows:

1. The Plaintiff's claims against the Defendants in this Adversary Proceeding are dismissed without prejudice to refile in another forum, pursuant to CPLR 205(a) or any other applicable statute, and the Parties retain any and all rights and defenses with respect to those claims

in the new forum that they had in the Adversary Proceeding. The Defendants will not raise any objection to the Plaintiff refiling his claims from this Adversary Proceeding solely on the basis that Plaintiff has filed in another forum besides this one. For the avoidance of doubt, any party may raise any defense on the basis of lack of jurisdiction in the new forum.

2. Any limitations periods or time-based defenses that may apply to claims brought by the Plaintiff against the Defendants relating to the allegations in the Complaint, or counterclaims by any Defendant against the Plaintiff, shall be deemed to have been tolled during the pendency of this Adversary Proceeding, including, but not limited to, the period during which that proceeding has been stayed. Neither the Plaintiff nor the Defendants will raise any time-based defenses based on the lapse of time between the filing of this Adversary Proceeding and the date on which this Stipulation is ordered by the Court and the claims against the Defendants in this Adversary Proceeding are dismissed without prejudice to file in another forum.

3. Other than as specifically provided in this Stipulation and Order, the Parties do not waive any right to assert any defenses, including without limitation jurisdictional defenses or defenses based on improper venue, with respect to any claims filed in any alternative forum. The Parties hereto enter into this Stipulation and Order subject to a reservation of rights with respect to any such defenses that were previously asserted in this action.

4. Each Party will bear its own costs and fees in connection with the Plaintiff's claims in this Adversary Proceeding.

5. The Parties further agree that they will not object to any request by the Foreign Representative to dismiss the Chapter 15 Cases; provided, however that any failure to object to the dismissal of the Chapter 15 Cases will not be construed as consent to the closing of the Chapter 15 Cases.

6. This Stipulation may be executed in counterparts, each of which shall be deemed an original, and evidence of this Stipulation may be exchanged by electronic transmission of a scanned copy of the signature pages or by exchange of originally signed documents.

7. Each person who executes this Stipulation represents and warrants that he or she is duly authorized and has the requisite authority to execute and deliver this Stipulation on behalf of such Party and to bind his or her respective Party to the terms and conditions of this Stipulation.

8. This Stipulation constitutes the entire agreement between the Parties with respect to the matters addressed herein and may not be modified except in a writing signed by the Parties.

*[signature pages follow]*

IN WITNESS WHEREOF, the Parties hereto have caused this Stipulation to be executed as of the day and year written below.

Dated: May 19, 2023

| | |
|---|---|
| **COBURN & GREENBAUM PLLC** | **GIBSON DUNN & CRUTCHER LLP** |
| /s/ *Jonathan Greenbaum* | /s/ *Marshall R. King* |
| Jonathan Greenbaum | Marshall R. King |
| 1710 Rhode Island Avenue, NW | 200 Park Avenue |
| Second Floor | New York, NY 10166-0193 |
| Washington, D.C. 20036 | Telephone: 212-351-4000 |
| Telephone: (202) 744-5003 | Facsimile: 212-351-4035 |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant Contrarian Capital Management, LLC* |
| | |
| | **LINKLATERS LLP** |
| | /s/ *Christopher Hunker* |
| | Margot Schonholtz |
| | Christopher Hunker |
| | 1290 Avenue of the Americas |
| | New York, New York 10104 |
| | Telephone: 212-903-9043 |
| | Facsimile: 212-903-9100 |
| | |
| | *Counsel for Defendant Nordic Trustee AS* |

**IT IS SO ORDERED.**
Dated: May 22, 2023
      New York, New York

                                              **/s/ Martin Glenn**
                                               MARTIN GLENN
                                 Chief United States Bankruptcy Judge